UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4837 DMG (MRW) | Date | November 7, 2012 |
|---|---|---|---|
| Title | Nixon v. Astrue | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL OF SOCIAL SECURITY APPEAL

Plaintiff filed this pro se appeal from an adverse Social Security determination in June 2012. Shortly after filing the action, the Court issued an order setting forth the procedures to be followed in the case. Pursuant to Federal Rule of Civil Procedure 4, the order expressly required Plaintiff to serve the agency with the summons and complaint. (Docket # 6.) Plaintiff did not request that the Marshals Service serve the complaint for her.

According to the Court's review of the docket, Plaintiff has not completed service of the complaint within the 120-day period specified by rule, and has not filed proof of service of process. Additionally, no defendant has appeared in the action to date. Plaintiff has not requested an extension of the statutory time period. As a result, the action is subject to dismissal for failure to prosecute.

However, in the interest of justice, the Court will give Plaintiff one opportunity to explain why the statutory service period should be extended so that she can effect service. Therefore, it is ordered that Plaintiff must show cause why this action should not be dismissed. Plaintiff may discharge this order by filing a statement (not to exceed 5 pages excluding exhibits) by or before November 26, 2012, addressing the issues set forth above and demonstrating valid service. If no timely response is filed, the Court will recommend dismissal of the action pursuant to Rule 41.