# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NIXON, | ) Case No. CV 12-4837 DMG (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing this action,

IT IS ADJUDGED that Judgment is hereby entered in favor of Defendant.

DATED: October 3, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE